# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### San Jose Venue

EÒÈZ@ŠÒÖ ÆÂ ฿Ì ฿Ì E

---

## Report on Offender Under Supervision

---

**Name of Offender**
Monique Le Nguyen

**Docket Number**
0971 5:12CR00011-001 DLJ

**Name of Sentencing Judge:** The Honorable D. Lowell Jensen
Senior United States District Judge

**Date of Original Sentence:** December 3, 2010

**Original Offense**
Count Four: Conspiracy to Commit Mail Fraud, 18 U.S.C. § 1341 and 1349, a Class C Felony.

**Original Sentence:** 20 months custody; 36 months supervised release
**Special Conditions:** $100.00 special assessment; $678,224.00 restitution; mental health treatment; participate in co-payment plan for treatment; no new lines of credit or debt; access to financial information; cooperate with Immigration and Customs Enforcement; search.

On January 5, 2012, a transfer of jurisdiction was accepted by the Northern District of California, and Ms. Nguyen's case was assigned to the Honorable D. Lowell Jensen, United States Senior District Judge, under docket number CR 12-00011-01 DLJ.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Karen Escobar

**Date Supervision Commenced**
July 29, 2011
**Defense Counsel**
J.M. Irigoyen (Retained)

---

### Petitioning the Court to Take Judicial Notice

### Cause

On December 3, 2010, the offender was ordered to pay restitution in the amount of $678,224.00. According to the Offender Payment Enhanced Report Access (OPERA), the offender's outstanding restitution balance as of May 9, 2014, is $676, 024.00.

NDC-SUPV-FORM 12A 09/01/2013

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue

## Report on Offender Under Supervision

**Name of Offender**
Monique Le Nguyen

**Docket Number**
0971 5:12CR00011-001 DLJ

**Name of Sentencing Judge:** The Honorable D. Lowell Jensen
Senior United States District Judge

**Date of Original Sentence:** December 3, 2010

**Original Offense**
Count Four: Conspiracy to Commit Mail Fraud, 18 U.S.C. § 1341 and 1349, a Class C Felony.

**Original Sentence:** 20 months custody; 36 months supervised release
**Special Conditions:** $100.00 special assessment; $678,224.00 restitution; mental health treatment; participate in co-payment plan for treatment; no new lines of credit or debt; access to financial information; cooperate with Immigration and Customs Enforcement; search.

On January 5, 2012, a transfer of jurisdiction was accepted by the Northern District of California, and Ms. Nguyen's case was assigned to the Honorable D. Lowell Jensen, United States Senior District Judge, under docket number CR 12-00011-01 DLJ.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Karen Escobar

**Date Supervision Commenced**
July 29, 2011
**Defense Counsel**
J.M. Irigoyen (Retained)

## Petitioning the Court to Take Judicial Notice

### Cause

On December 3, 2010, the offender was ordered to pay restitution in the amount of $678,224.00. According to the Offender Payment Enhanced Report Access (OPERA), the offender's outstanding restitution balance as of May 9, 2014, is $676, 024.00.

NDC-SUPV-FORM 12A 09/01/2013

**RE:**   Nguyen, Monique Le                                                                              2
         0971 5:12CR00011-001 DLJ

### Action Taken and Reason

At the direction of U.S. Probation, the offender participated in the Sharing Education and Employment Development Strategies (S.E.E.D.S) group facilitated by the San Jose office. To the offender's credit, she established full time employment as a seamstress in October 2012. She has been gainfully employed since that time. Ms. Nguyen raised her monthly restitution payments from $25.00 in 2011, to $100.00 in 2013. She has maintained stability with her restitution payments since 2012.

Throughout supervision the offender has submitted financial packets. The most recent financial packet was submitted in January 2014. After review of the offender's financial documents, it is apparent she has paid her restitution to the best of her ability.

U.S. Probation Office requests that the offender's supervision be allowed to terminate on July 28, 2014. The offender satisfied her $100 Special Assessment. She also successfully completed the court ordered conditions. The offender understands that she must continue making payments through the U.S. Attorney's Office-Financial Litigation Unit, after the expiration of her term of supervision.

Pursuant to 18 USC § 3613 (b) and (f), the liability to pay restitution shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment. Therefore, the United States Attorney's Office has the authority to collect monies from the offender until July 28, 2034. It is recommended the offender terminate from her supervision with an outstanding restitution balance.

Respectfully submitted,                          Reviewed by:


Jacinta Hoving                                   Susan Portillo
U.S. Probation Officer                           Supervisory U.S. Probation Officer
Date Signed: May 15, 2014

**RE:**   Nguyen, Monique Le                                                          3
        0971 5:12CR00011-001 DLJ

---

THE COURT ORDERS:

☑ The Court concurs and takes judicial notice
☐ Submit a request to modify supervision
☐ Submit a request for a warrant
☐ Submit a request for summons
☐ Other:


_____

Date


D. Lowell Jensen
Senior United States District Judge